FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1370

**Short Case Caption:** Johnson v. Collins

**Filing Party/Entity:** Collins

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| CAVC | 25-1621 | CAVC Mandamus Pet. |

**Relief sought on appeal:** ☑ None/Not Applicable

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The Court of Appeals for Veterans Claims denied Mrs. Johnson's petition for a writ of mandamus.

**Nature of judgment (select one):**     **Date of judgment:** 11/24/25

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)                    38 USC 7292

**FORM 26. Docketing Statement**  Form 26 (p. 2) July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?
☐ Yes    ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

Based on our review of the CAVC decision, we believe the CAVC correctly denied the petition for a writ of mandamus. We do not believe mediation would assist in resolving this case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 2/5/26    Signature: /s/ Oliver McDonald
              Name: Oliver McDonald

Save for Filing