FORM 26. Docketing Statement                                                    Form 26
                                                                                December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1370

**Short Case Caption:** Johnson v. Collins

**Filing Party:** Phyllis K. Johnson

| |
|---|
| **Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing. |

| |
|---|
| Issues to be raised on appeal: |
| Whether the Court lacked jurisdiction over a petition to define 'seriously ill' under 38 U.S.C. § 7107(b)(3)(B) for purposes of advancement on the Board's docket. |
| Relief awarded below (if damages, specify):   ■ None/Not Applicable |
|  |
| Briefly describe the judgment/order appealed from: |
| Order dismissing petition for lack of jurisdiction to compel the Board of Veterans Appeals to advance appeal on the docket or, alternatively, explain its criteria for determining whether a claimant is "seriously ill. |

| Nature of Judgment (select one:) | Date of Judgment: 10/31/2025 |
|---|---|
| ■ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 2/5/2026

Signature: /s/ Benjamin R. Binder

Digitally signed by /s/ Benjamin R. Binder
Date: 2026.02.05 17:58:13 -05'00'

Name: Benjamin R. Binder