No. 2026-1370

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PHYLLIS K. JOHNSON,

*Claimant-Appellant,*

v.

## DOUGLAS A. COLLINS,
### SECRETARY OF VETERANS AFFAIRS,

*Respondent-Appellee.*

Appeal from the Court of Appeals for Veterans Claims
No. 25-1621, J. Laurer

### UNOPPOSED MOTION TO EXTEND REPLY BRIEF OF CLAIMANT-APPELLANT PHYLLIS K. JOHNSON

Benjamin R. Binder
ben@binderandwatson.com
(813) 647-5371

BINDER AND WATSON LAW
GROUP
P.O. Box 47386
Tampa, FL 33646
(813) 426-8387

Meaghan R. Fitzpatrick
mfitzpatrick@binderandwatson.com
(813) 647-5366

BINDER AND WATSON LAW
GROUP
P.O. Box 47386
Tampa, FL 33646
(813) 426-8387

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1370

**Short Case Caption** Johnson v. Collins

**Filing Party/Entity** Phyllis K. Johnson

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 7/13/2026

Signature: /s/ Meaghan R. Fitzpatrick

Name: Meaghan R. Fitzpatrick

**FORM 9. Certificate of Interest**

**Form 9 (p. 2)**
**March 2023**

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Phyllis K. Johnson | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Wesley A. McCauley | | |
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)    ☑   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## IN THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PHYLLIS K. JOHNSON,
      Appellant,

v.

DOUGLAS A. COLLINS,
 Secretary of Veterans Affairs,
      Appellee.

Docket No. 2026-1370

### Unopposed Motion to Extend

Ms. Johnson moves under Federal Circuit Rule 26(b) for a 45-day extension of time to file her reply brief.

Ms. Johnson's brief is currently due July 20, 2026. If granted, the revised due-date for her reply brief will be September 3, 2026. Ms. Johnson has previously requested and been granted 60 days' worth of extension time in this appeal.

Ms. Johnson has good cause to extend her reply brief. Due to current work load[1] and professional responsibilities, the undersigned will not be

---

[1] The undersigned has had numerous deadlines before the this Court and the United States Court of Appeals for Veterans Claims (CAVC). *See ex. McCartney v.* Collins, CAFC Docket 26-1751 (Opening brief due August 28, 2026); *Watts v.* Collins, CAFC Docket 26-1696 (Opening brief due August 21, 2026); *Stacy v.* Collins, CAFC Docket 26-1212 (Reply brief due July 20, 2026), *Whitaker v.* Collins, CAFC Docket 26-1866 (Opening brief due July 21, 2026); *Burns v.* Collins, CAVC Docket 25-2062 (Reply brief due July 14, 2026); *Harrell v.* Collins, CAVC Docket 25-7674 (Opening brief due July 15, 2026).

1

able to complete Ms. Johnson's reply brief before its current due date. The additional time sought is due to multiple deadlines, including briefing, over the past month, as well as upcoming deadlines. As such, good cause exists for this 45-day extension to file Ms. Johnson's brief.

Secretary's counsel was contacted, who stated that the Secretary consents to Ms. Johnson's motion to extend the period to file her reply brief by 45 days.

July 13, 2026.

Submitted,

*/s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Phyllis K. Johnson*

*/s/ Meaghan R. Fitzpatrick*
mfitzpatrick@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Co-Counsel for Phyllis K. Johnson*

## Compliance Certificate

1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). The motion contains 344 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Federal Circuit Rule 32(b).

2.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook style type.

## CERTIFICATE OF SERVICE

I certify that the "Unopposed Motion to Extend" in *Johnson v. Collins*, CAFC Docket # 2026-1370, was served on counsel of record by electronic service, under the Court's CM/ECF system, on July 13, 2026.

Submitted,

*/s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Phyllis K. Johnson*


*/s/ Meaghan R. Fitzpatrick*
mfitzpatrick@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Co-Counsel for Phyllis K. Johnson*

4

## DECLARATION OF MEAGHAN R. FITZPATRICK IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Pursuant to Fed.Cir. R. 27 (a)(8), Appellant's counsel, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

(1) That good causes exists for the requested extension;

(2) Due to Appellant's counsel's numerous briefing deadlines due this Court and the U.S. Court of Appeals for Veterans Claims, he is in need of additional time to adequately prepare her reply brief to the Court in this matter.

Respectfully submitted,

*/s/ Benjamin R. Binder*
Ben@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Counsel for Phyllis K. Johnson*

*/s/ Meaghan R. Fitzpatrick*
mfitzpatrick@BinderandWatson.com
Binder and Watson Law Group
P.O. Box 47386
Tampa, FL 33647

*Co-Counsel for Phyllis K. Johnson*

5